UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC TAMPONE, a New York resident,
individually, and derivatively on behalf of
MERCHANT ASSURE, LLC, a Delaware
limited liability company, and on behalf of
INTERNATIONAL COMMERCE SOLUTIONS, INC.,
a Nevada corporation,

          Case No. 2:10-cv-11776-PJD-VMM

    Plaintiffs,          Hon. Peter Duggan

v

GREGORY RICHMOND, a Michigan resident,
ANDREW J. BRODER, a Michigan resident,
MERCHANT ASSURE SPECIALTY PRODUCTS, LLC,
a Michigan limited liability company, RGS CONSULTING, LLC
f/k/a/ MERCHANT ASSURE INSURANCE AGENCY, LLC,
a Michigan limited liability company, ROYAL GROUP SERVICES,
LLC, a Michigan limited liability company, RGS LIMITED, LLC
d/b/a ROYAL GROUP SERVICES, LTD, a Michigan limited
liability company,

    Defendants.

| THE WOLF LAW FIRM | COLLINS, EINHORN, FARRELL & ULANOFF, PC |
|---|---|
| Allen M. Wolf P31759 | Theresa M. Asoklis P42709 |
| Attorney for plaintiffs | Attorney for Defendant Andrew Broder |
| 436 S. Broadway, #C | 4000 Town Center #909 |
| Lake Orion, MI 48362 | Southfield, MI 48075 |
| 248-693-6245 | 248-355-4141 |
| AWolf@lawwolf.com | Theresa.Asoklis@ceflawyers.com |

**STIPULATION EXTENDING TIME TO ANSWER PLAINTIFF'S COMPLAINT**

    The parties, through their attorneys, hereby stipulate and agree that defendant Andrew Broder's answer or other responsive pleading to plaintiff's complaint will be due on or before June 25, 2010.

*/s/ Allen Wolf*          */s/ Theresa M. Asoklis*
ALLEN WOLF P31759      THERESA M. ASOKLIS (P42709)
Attorney for Plaintiffs        Attorney for Defendant Andrew Broder

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC TAMPONE, a New York resident,
individually, and derivatively on behalf of
MERCHANT ASSURE, LLC, a Delaware
limited liability company, and on behalf of
INTERNATIONAL COMMERCE SOLUTIONS, INC.,
a Nevada corporation,

        Case No. 2:10-cv-11776-PJD-VMM
Plaintiffs,        Hon. Peter Duggan

v

GREGORY RICHMOND, a Michigan resident,
ANDREW J. BRODER, a Michigan resident,
MERCHANT ASSURE SPECIALTY PRODUCTS, LLC,
a Michigan limited liability company, RGS CONSULTING, LLC
f/k/a/ MERCHANT ASSURE INSURANCE AGENCY, LLC,
a Michigan limited liability company, ROYAL GROUP SERVICES,
LLC, a Michigan limited liability company, RGS LIMITED, LLC
d/b/a ROYAL GROUP SERVICES, LTD, a Michigan limited
liability company,

    Defendants.

## ORDER RE: EXTENSION TO ANSWER COMPLAINT

At a session of said court
Held in the City of Detroit,
State of Michigan
On: June 7, 2010.

This court being duly advised in the premises, having reviewed the stipulation of the parties, and being otherwise duly informed;

NOW THEREFORE IT IS HEREBY ORDERED that an answer or other responsive pleading to plaintiff's complaint by defendant Andrew Broder shall be due on or before June 25, 2010.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 7, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 7, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager